# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Christy Lee Vanderlinden, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1-16-cv-8 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin , | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2016 Order.

May 31, 2016

Frank G. Johns, Clerk
United States District Court